UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY, ALEXIS BOYD, LATOYA DOUGLAS, DANIEL HERNANDEZ, KEITH T. JEMISON, ANWAR PHILLIPS, and STEVEN RANSOM,<br><br>DEFENDANTS. | Civ. No. 22-cv-1019 |

## MOTION TO PROCEED ANONYMOUSLY AS JOHN DOE[1]

Plaintiff, by his attorneys, moves for leave to proceed in the above-captioned matter as a pseudonymous Plaintiff. Plaintiff's identity as described in the Complaint should not be disclosed to the public due to the nature of the claims, which involve student records and Defendants' allegations against him of sexual misconduct which Plaintiff alleges are unfair and erroneous. Plaintiff is justifiably concerned about the possibility of reprisal and reputational harm that could further interfere with his career and other future endeavors and inflict additional harm.

WHEREFORE, Plaintiff John Doe moves for an Order allowing him to proceed under a pseudonym.

Dated: March 29, 2022

---

[1] Plaintiff presumes this Motion is opposed because Defendants have not yet made an appearance in this matter.

1

Respectfully submitted,

/s/ Samantha K. Harris
Samantha K. Harris
ALLEN HARRIS PLLC
PO Box 673
Narberth, PA 19072
(860) 345-5310
sharris@allenharrislaw.com
PA Bar No. 90268
*Attorney in Charge*
*Pro hac vice admission pending*


/s/ Ramón A. Soto
Ramón A. Soto
HARRISON, HART & DAVIS LLC
925 Park Ave. SW, Suite E
Albuquerque, NM 87102
(505) 295-3261 ext. 104
ramon@harrisonhartlaw.com
S.D. Tex. Bar No. 24118927
Texas Bar. No. 24118927

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date specified in the caption of this document, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system and by email on the following parties:

Jacob A. Becker
Office of General Counsel
Moore / Connally Building, 6th Floor
301 Tarrow Street
College Station, Texas 77840-7896
(979) 458-6134
jbecker@tamus.edu


*/s/ Ramón A. Soto*_____
Ramón A. Soto