United States District Court
Southern District of Texas
**ENTERED**
April 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## <u>Motion and Order for Admission *Pro Hac Vice*</u>

| Division | Houston | Case Number | 22-cv-1019 |
|---|---|---|---|

| JOHN DOE |
|---|
| *versus* |
| PRAIRIE VIEW A&M UNIVERSITY, ET AL. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samantha K. Harris<br>ALLEN HARRIS PLLC<br>PO Box 673<br>Narberth, PA 19072<br>(860) 345-5310<br>sharris@allenharrislaw.com<br>PA Bar No. 90268<br>U.S. Court of Appeals for the Third Circuit (3d Cir. does not give out bar numbers) |
|---|---|

| Name of party applicant seeks to appear for: | JOHN DOE |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/29/2022 | Signed: *Samantha Harris* |
|---|---|

| The state bar reports that the applicant's status is: Current |
|---|
| Dated: 4/12/22 | Clerk's signature *Erin M. ...* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: April 12, 2022

_____
United States District Judge