IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br> *Plaintiff*, <br><br> v. <br><br> PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants*. | §§§§§§§§§ | CIVIL ACTION NO. 4:22-cv-01019 <br><br> JURY DEMAND |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

Defendants Prairie View A&M University, Alexis Boyd, LaToya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips and Steven Ransom, (collectively, "PVAMU Defendants") certify to the Court that, to the best of Defendants' knowledge, there are no persons or entities with a financial interest in the outcome of this litigation.

April 13, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief for General Litigation Division

*/s/Benjamin Lyles*
BENJAMIN S. LYLES
Attorney-in-charge
Texas Bar No. 24094808
Southern District ID No. 3062156
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Benjamin.lyles@oag.texas.gov

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I certify that that on April 13, 2022, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Benjamin Lyles*
BENJAMIN S. LYLES
Assistant Attorney General