IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, §<br>　　*Plaintiff*, §<br>§<br>v. §<br>§<br>PRAIRIE VIEW A&M UNIVERSITY et al., §<br>§<br>　　*Defendants*. § | CIVIL ACTION NO. 4:22-cv-01019<br><br>JURY DEMAND |

## **DEFENDANTS' NOTICE OF APPERANCE OF COUNSEL**

Defendants Prairie View A&M University, Alexis Boyd, LaToya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips and Steven Ransom, (collectively, "PVAMU Defendants") file this Notice of Appearance of Counsel and herby notifies the Court that Assistant Attorney General, Allison M. Collins will appear as co-counsel in the above-captioned case along with counsel listed below. Ms. Allison M. Collins is a member of good stating with the State Bar of Texas and is authorized to practice in the Southern District of Texas. Her contact information is as follows:

　　Allison M. Collins
　　Assistant Attorney General
　　Texas State Bar. No. 24127467
　　P.O. Box 12548 (MC-019)
　　Austin, Texas 78711-2548
　　Tel: (512) 475-4058 | FAX: (512) 320-0667
　　allison.collins@oag.texas.gov

| | |
|---|---|
| April 13, 2022 | Respectfully submitted,<br><br>KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>SHAWN COWLES<br>Deputy Attorney General for Civil Litigation<br><br>CHRISTOPHER D. HILTON<br>Chief for General Litigation Division<br><br>*/s/Allison M. Collins*<br>ALLISON M. COLLINS<br>Assistant Attorney General<br>Texas Bar No. 24127467<br>Southern District No. 3736145<br>BENJAMIN S. LYLES<br>Attorney-in-charge<br>Texas Bar No. 24094808<br>Southern District ID No. 3062156<br><br>Office of the Attorney General<br>Assistant Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 \| FAX: (512) 320-0667<br>allison.collins@oag.texas.gov<br>benjamin.lyles@oag.texas.gov<br><br>**ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I certify that that on April 13, 2022, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Allison M. Collins*
ALLISON M. COLLINS