**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

JOHN DOE,

      Plaintiff,

v.                                                                    Civ. No. 4:22-CV-01019

PRAIRIE VIEW A&M UNIVERSITY,
ALEXIS BOYD,
LATOYA DOUGLAS,
DANIEL HERNANDEZ, KEITH T. JEMISON,
ANWAR PHILLIPS, AND
STEVEN RANSOM,

      Defendants.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

      Plaintiff John Doe, by and through undersigned counsel, hereby certifies to the Court that, to the best of his knowledge, there are no persons or entities with a financial interest in the outcome of this litigation.

Dated: April 14, 2022

      Respectfully submitted,

      /s/ Samantha K. Harris
      Samantha K. Harris
      ALLEN HARRIS PLLC
      PO Box 673
      Narberth, PA 19072
      (860) 345-5310
      sharris@allenharrislaw.com
      PA Bar No. 90268
      *Attorney in Charge*
      *Admitted pro hac vice*

/s/ Ramón A. Soto
Ramón A. Soto
HARRISON, HART & DAVIS LLC
925 Park Ave. SW, Suite E
Albuquerque, NM 87102
(505) 295-3261 ext. 104
ramon@harrisonhartlaw.com
S.D. Tex. Bar No. 24118927
Texas Bar. No. 24118927

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2022, this document was filed electronically via the Court's

CM/ECF system, causing electronic service upon all counsel of record.


*/s/ Ramón A. Soto*
Ramón A. Soto