IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br> *Plaintiff*, <br><br> v. <br><br> PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:22-cv-01019 <br><br> JURY DEMAND |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Texas A&M University Prairie View ("PVAMU," "University") and PVAMU officials Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom ("Individual Defendants") file this Motion to Dismiss Plaintiff John Doe's Complaint ("Complaint") [Dkt. 1] in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6), for the following reasons:

1. Plaintiff's due process claim against the Individual Defendants is barred by the Eleventh Amendment and does not fall within the *Ex parte Young* exception because Plaintiff does not seek prospective relief for an ongoing constitutional violation for which any of these Defendants has enforcement authority.

2. Individual Defendants enjoy qualified immunity from Plaintiff's due process claim against them in their individual capacities because Plaintiff has not alleged how each Defendant, through his or her own actions, violated Plaintiff's due process rights, let alone a clearly established constitutional right.

3. Plaintiff has otherwise failed to state a due process or Title IX claim for which relief can be granted, as set forth in greater detail in the attached brief.

WHEREFORE, Defendants ask the Court to dismiss all of Plaintiff's claims against Defendants in their entirety and to do so with prejudice, and to grant any other just and proper relief.

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief for General Litigation Division

/s/ Benjamin Lyles
BENJAMIN STOREY LYLES
Texas Bar No. 24094808
Attorney-in-charge
Southern District ID. 3062156
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2798 PHONE | (512) 320-0667
Benjamin.Lyles@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that that on May 31, 2022 this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/ Benjamin Lyles
BENJAMIN STOREY LYLES
Assistant Attorney General