IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br> *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants*. | § § § § | JURY DEMAND |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court is the Defendants' Texas A&M University Prairie View ("PVAMU," "University") and PVAMU officials Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom ("Individual Defendants") Motion to Dismiss. After due consideration of the law and the filings of parties, the Court finds said motion meritorious.

After due consideration It is therefore, **ORDERED** that all Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE.**

SIGNED on _____, 2022.

_____
HON. JUDGE DAVID HITTNER
UNITED STATES DISTRICT JUDGE