United States District Court
Southern District of Texas
**ENTERED**
June 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY, et al.,<br><br>DEFENDANTS. | Civ. No. 4:22-cv-01019 |

## STIPULATED EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff and Defendants hereby stipulate and agree to extend the time period for briefing of Defendants' Motion to Dismiss, filed May 31, 2022, as follows:

- Plaintiff's Opposition shall be due July 8, 2022;
- Defendants' Reply shall be due July 22, 2022.

The extension is intended to allow the parties sufficient time to respond in light of a pre-existing scheduling conflict.

Dated: June 2, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Respectfully submitted,

/s/ Samantha K. Harris

Samantha K. Harris
ALLEN HARRIS PLLC
PO Box 673
Narberth, PA 19072
(860) 345-5310, Ex. 101
sharris@allenharrislaw.com
*Attorney in Charge*

/s/ Ramón A. Soto

Ramón A. Soto
HARRISON, HART & DAVIS LLC
925 Park Ave. SW, Suite E
Albuquerque, NM 87102
(505) 295-3261 ext. 104
ramon@harrisonhartlaw.com

*Attorneys for Plaintiff*

/s/ Allison M. Collins

Allison M. Collins
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 475-4058 PHONE
(512) 320-0667 FAX
Allison.collins@oag.texas.gov

*Attorney for Defendants*

In accordance with the foregoing stipulation IT IS SO ORDERED.

Dated: _____          _____
                                              U.S. District Judge