IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY, et al.,<br><br>DEFENDANTS. | Civ. No. 4:22-cv-01019 |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants' Motion to Dismiss (Dkt. 11), and the arguments and papers presented in support and in opposition thereto, the Court hereby orders that the Motion is DENIED.

Entered this ___ day of _____, 2022.

_____

Honorable David Hittner
United States District Judge