IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br> *Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants*. | § <br> § <br> § | JURY DEMAND |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants, Texas A&M University Prairie View ("PVAMU," "University") and PVAMU officials, Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom ("Individual Defendants") (collectively, "Defendants") file this Motion to extend the deadline to file a reply in support of their Motion to Dismiss. Defendants' counsel was recently assigned a trial for the Monday after the Friday the motion is due, and has an additional hearing before the Reply is currently due. These, and other, professional obligations will make it difficult for undersigned counsel to meet the current Reply deadline.

Defendants request a one-week (seven day) extension of their July 22, 2022 deadline to file a reply in support of their Motion to Dismiss. Plaintiff's counsel has stated their lack of objection to this motion.

In light of these issues, Defendants respectfully request a one-week (seven day) extension of their July 22, 2022 deadline to file a reply in support of their Motion to

1

Dismiss, which would make the new deadline July 29, 2022. No other deadlines would be affected by this request.

We thank the Court for its time and attention to this matter.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> BRENT WEBSTER
> First Assistant Attorney General
>
> GRANT DORFMAN
> Deputy First Assistant Attorney General
>
> SHAWN COWLES
> Deputy Attorney General for Civil Litigation
>
> CHRISTOPHER D. HILTON
> Chief – General Litigation Division
>
> /s/ Benjamin Lyles
> BENJAMIN S. LYLES
> Texas Bar No. 24094808
> Assistant Attorney General
> Office of the Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, TX 78711-2548
> (512) 463-2798 PHONE
> (512) 320-0667 FAX
> Benjamin.Lyles@oag.texas.gov
>
> **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that on July 14, 2022 I conferred with plaintiff's counsel over email regarding the substance of this motion and counsel indicated no opposition.

                                                 */s/ Benjamin Lyles*
                                                 BENJAMIN S. LYLES
                                                 Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 14th day of July 2022, to all counsel of record.

                                                 */s/ Benjamin Lyles*
                                                 BENJAMIN S. LYLES
                                                 Assistant Attorney General