IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01019 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY et al., | § | JURY DEMAND |
|     *Defendants*. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Before the Court is Defendants, Texas A&M University Prairie View, and PVAMU officials, Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom's Unopposed Motion to Extend the deadline to file a reply in support of their Motion to Dismiss. After due consideration, the Court finds said motion meritorious.

It is hereby ORDERED that Defendants' Unopposed Motion to Extend the deadline to file a reply in support of their Motion to Dismiss is GRANTED.

It is FURTHER ORDERED that Defendants' deadline to file a Reply in support of their Motion to Dismiss is July 29, 2022.

SIGNED on _____, 2022.


_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE