IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> PLAINTIFF <br><br> v. <br><br> PRAIRIE VIEW A&M UNIVERSITY, et al., <br><br> DEFENDANTS. | Civ. No. 4:22-cv-01019 |

### NOTICE OF AGREED-UPON EXTENSION OF TIME FOR THE PARTIES' TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)(C)

Plaintiff John Doe, and Defendants Prairie View A&M University, Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom (collectively referred to as the "Parties"), by and through undersigned counsel, notify the Court that the Parties agreed to extend the deadline for the Parties to exchange initial disclosures from July 20, 2022 to August 3, 2022. *See* Fed.R.Civ.P. 26(a)(1)(C) ("A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation [….]"). Accordingly, the Parties will exchange initial disclosures on or before August 3, 2022

Dated: July 22, 2022          Respectfully submitted,

                              */s/ Samantha K. Harris*

1

Samantha K. Harris
ALLEN HARRIS PLLC
PO Box 673
Narberth, PA 19072
(860) 345-5310
sharris@allenharrislaw.com
PA Bar No. 90268
*Attorney in Charge*

*/s/ Ramón A. Soto*　　　　
Ramón A. Soto
THE SOTO LAW OFFICE, LLC
PO Box 3585
Albuquerque, NM 87190
(505) 273-4062
ramon@sotolawoffice.co
S.D. Tex. Bar No. 24118927

ATTORNEYS FOR PLAINTIFF

*and*

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief for General Litigation Division

*/s/ Benjamin Lyles*　　　
BENJAMIN STOREY LYLES
Texas Bar No. 24094808
Attorney-in-charge
Southern District ID. 3062156

2

        Assistant Attorney General
        Office of the Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, TX 78711-2548
        (512) 463-2798 PHONE
        (512) 320-0667 FAX
        Benjamin.Lyles@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that that on July 22, 2022 this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

        /s/ Ramón A. Soto
        Ramón A. Soto