United States District Court
Southern District of Texas

**ENTERED**

July 27, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § | |
| | § | |
| v. | § | C.A. H-22-1019 |
| | § | |
| Prairie View A&M University, | § | |
| et al, | § | |

## <u>ORDER</u>

Pending before the Court is the Motion to Proceed Anonymously as John Doe (Doc. # 4). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion to Proceed Anonymously as John Doe (Doc. # 4) is GRANTED.

SIGNED at Houston, Texas, on this 27th day of July 2022.

DAVID HITTNER
United States District Judge