Case 4:22-cv-01019  Document 20  Filed on 07/27/22 in TXSD  Page 1 of 1
Case 4:22-cv-01019  Document 17-1  Filed on 07/14/22 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al., *Defendants.* | § § § § | JURY DEMAND |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Before the Court is Defendants, Texas A&M University Prairie View, and PVAMU officials, Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom's Unopposed Motion to Extend the deadline to file a reply in support of their Motion to Dismiss. After due consideration, the Court finds said motion meritorious.

It is hereby ORDERED that Defendants' Unopposed Motion to Extend the deadline to file a reply in support of their Motion to Dismiss is GRANTED.

It is FURTHER ORDERED that Defendants' deadline to file a Reply in support of their Motion to Dismiss is July 29, 2022.

SIGNED on _____July 27_____, 2022.

_____
DAVID HITTNER
United States District Judge