IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al., *Defendants*. | § § § | JURY DEMAND |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY

Before the Court is Defendants, Texas A&M University Prairie View, and PVAMU officials, Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom's Unopposed Motion to Stay Discovery. After due consideration of the motion, the Court finds said motion meritorious.

It is hereby ORDERED that Defendants' Unopposed Motion to Stay Discovery is GRANTED.

It is FURTHER ORDERED that discovery directed at Defendants is STAYED until this Court rules upon Defendants' Motion to Dismiss [dkt. 11].

SIGNED on _____, 2022.

_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE