Case 4:22-cv-01019 Document 23 Filed on 08/02/22 in TXSD Page 1 of 1
Case 4:22-cv-01019 Document 22-1 Filed on 08/01/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br> *Plaintiff,* <br><br> v. <br><br> PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:22-cv-01019 <br><br> JURY DEMAND |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY

Before the Court is Defendants, Texas A&M University Prairie View, and PVAMU officials, Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom's Unopposed Motion to Stay Discovery. After due consideration of the motion, the Court finds said motion meritorious.

It is hereby ORDERED that Defendants' Unopposed Motion to Stay Discovery is GRANTED.

It is FURTHER ORDERED that discovery directed at Defendants is STAYED until this Court rules upon Defendants' Motion to Dismiss [dkt. 11].

SIGNED on _____Aug 2_____, 2022.

HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE