IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al.,<br>    *Defendants*. | § <br> § <br> § | JURY DEMAND |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Texas A&M University Prairie View[1] ("PVAMU," "University"), files this Motion to extend the deadline to file an Answer to Plaintiff's Complaint (Dkt. 1). Defendant's counsel was recently assigned a substantial hearing before the Answer is currently due, together with six new cases requiring immediate attention, in addition to an already scheduled mediation. These, and other, professional obligations will make it difficult for undersigned counsel to meet the current Answer deadline.

Defendant requests a two-week (14 day) extension of its November 7, 2022 deadline to file an answer to Plaintiff's Complaint (Dkt. 1). Plaintiff's counsel has stated her lack of objection to this motion.

In light of these issues, Defendant respectfully requests a two-week (14 day) extension of its November 7, 2022 deadline to file an answer to Plaintiff's Complaint,

---

[1] Defendants' Motion to Dismiss [dkt. 24] was granted as to PVAMU officials Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom—all the individual capacity defendants in this lawsuit—and the only remaining claims are against PVAMU qua institution.

1

which would make the new deadline November 21, 2022. No other deadlines would be affected by this request.

We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                KEN PAXTON
                Attorney General of Texas

                BRENT WEBSTER
                First Assistant Attorney General

                GRANT DORFMAN
                Deputy First Assistant Attorney General

                SHAWN COWLES
                Deputy Attorney General for Civil Litigation

                CHRISTOPHER D. HILTON
                Chief – General Litigation Division

                */s/ Benjamin Lyles*
                BENJAMIN S. LYLES
                Texas Bar No. 24094808
                Assistant Attorney General
                Office of the Attorney General
                General Litigation Division
                P.O. Box 12548, Capitol Station
                Austin, TX 78711-2548
                (512) 463-2798 PHONE
                (512) 320-0667 FAX
                Benjamin.Lyles@oag.texas.gov

                **ATTORNEYS FOR DEFENDANT PVAMU**

## CERTIFICATE OF CONFERENCE

I certify that on October 28, 2022 I conferred with plaintiff's counsel via email regarding the substance of this motion and counsel had indicated no opposition.

*/s/ Benjamin S Lyles*
BENJAMIN S. LYLES
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 31st day of October 2022, to all counsel of record.

*/s/ Benjamin S Lyles*
BENJAMIN S. LYLES
Assistant Attorney General