IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al., *Defendants*. | § § § | JURY DEMAND |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Texas A&M University Prairie View, Unopposed Motion to Extend the deadline to file an Answer to Plaintiff's Complaint (Dkt. 1). After due consideration the Court finds said motion meritorious.

It is hereby ORDERED that Defendant's Unopposed Motion to Extend the deadline to file an Answer to Plaintiff's Complaint is GRANTED.

It is FURTHER ORDERED that Defendant's deadline to file an Answer to Plaintiff's Complaint is November 21, 2022.

SIGNED on _____, 2022.

_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE