United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, <br> *Plaintiff*, <br> <br> v. <br> <br> PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants*. | CIVIL ACTION NO. 4:22-cv-01019 <br> <br> JURY DEMAND |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Texas A&M University Prairie View, Unopposed Motion to Extend the deadline to file an Answer to Plaintiff's Complaint (Dkt. 1). After due consideration the Court finds said motion meritorious.

It is hereby ORDERED that Defendant's Unopposed Motion to Extend the deadline to file an Answer to Plaintiff's Complaint is GRANTED.

It is FURTHER ORDERED that Defendant's deadline to file an Answer to Plaintiff's Complaint is November 21, 2022.

SIGNED on _Nov 1_, 2022.

_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE