

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

| | | |
|---|---|---|
| **BENJAMIN S. LYLES** | PHONE: | (512) 463-2798 |
| Assistant Attorney General | FAX: | (512) 320-0667 |
| General Litigation Division | EMAIL: | Benjamin.Lyles@oag.texas.gov |

November 2, 2022

*Via E-filing CM/ECF*
Nathan Ochsner, Clerk of the Court
U.S. District Court, Southern District of Texas
ATTN: JUDGE HITTNER
515 Rusk Avenue
Houston, Texas 77002

Re:   *John Doe v Prairie View A&M University, et al.*, Civil Action No.: 4:22-cv-01019, in the United States District Court for the Southern District of Texas, Houston Division

Dear Clerk:

Please be advised that I will be out of the office on vacation from December 16, 2022 – January 2, 2023. As such, I respectfully request that no documents be filed nor matters set for hearing that require a timed response or an appearance which would occur during or include the period I will be away.

Should you need to contact me during this time, please feel free to contact my legal assistant, Rosie Luna, at (512) 936-2143 or rosalinda.luna@oag.texas.gov. Thank you for your attention and assistance.

Sincerely,

*/s/ Benjamin Lyles*
Assistant Attorney General
General Litigation Division

cc:   All counsel of record – *via e-filing*

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov