IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al.,<br>    *Defendants*. | § § § | JURY DEMAND |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Defendant, Texas A&M University Prairie View[1] ("PVAMU," "University"), and Plaintiff, John Doe ("Plaintiff") (collectively, "Parties") file this Motion to Extend Scheduling Order Deadlines, and in support thereof, respectfully state the following:

1. Plaintiff filed his Original Complaint on March 29, 2022 (Dkt. 1).

2. On May 31, 2022, Defendants filed their Motion to Dismiss.

3. This Court issued a Scheduling Order on June 30, 2022, setting various deadlines for this case, including a discovery deadline of December 30, 2022.

4. On August 1, 2022, Defendants filed an Unopposed Motion to Stay Discovery pending the resolution of their Motion to Dismiss.

5. On August 2, 2022, the Court granted Defendants' Motion to Stay.

6. The Court issued an opinion and order granting in part and denying in

---

[1] Defendants' Motion to Dismiss [dkt. 24] was granted as to PVAMU officials Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom, and the only remaining claim is against PVAMU.

1

part Defendants' Motion to Dismiss on October 24, 2022. The motion was granted as to the Section 1983 claims against the individual defendants in their individual and official capacities, but denied as to the Title IX claim against PVAMU.

7.     Defendant PVAMU filed its Original Answer to Plaintiff's Complaint on November 21, 2022.

8.     Because the case was stayed pending resolution of the Motion to Dismiss, the Parties require additional time to name expert witnesses and conduct discovery in this case. Therefore, with the holidays and vacation schedules anticipated in the following months, the Parties request an extension of all scheduling order deadlines that fell within the Court-ordered stay of this case. The Parties move this Court to enter an amended scheduling order with the following deadlines:

    a) Plaintiff's designation of expert witnesses: January 30, 2023

    b) Defendant's designation of expert witnesses: February 28, 2023

    c) Discovery must be completed by: May 31, 2023

    d) Motion cut-off: June 30, 2023

    e) Joint Pretrial Order is due by: November 30, 2023

    f) Final Pretrial Conference is set for _____ p.m. on _____

    g) Trial is set for _____ a.m. on _____

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief – General Litigation Division

*/s/ Allison M. Collins*
ALLISON M. COLLINS
Texas Bar No. 24127467
BENJAMIN S. LYLES
Texas Bar No. 24094808
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2798 PHONE
(512) 320-0667 FAX
Allison.Collins@oag.texas.gov
Benjamin.Lyles@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

3

ALLEN HARRIS PLLC

*/s/ Samantha K. Harris*
Samantha K. Harris
PA Bar No. 90268
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

THE SOTO LAW OFFICE, LLC

*/s/ Ramón A. Soto*
Ramón A. Soto
S.D. Tex. Bar No. 24118927
PO Box 3585
Albuquerque, NM 87190
(505) 273-4062
ramon@sotolawoffice.co

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 9th day of December 2022, to all counsel of record.

*/s/ Allison M. Collins*
ALLISON M. COLLINS
Assistant Attorney General

4