IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*,<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY et al.,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-cv-01019<br><br>JURY DEMAND |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court is Parties' Joint Motion to Extend Scheduling Order Deadlines. After due consideration, the Court finds said motion meritorious.

It is hereby ORDERED that Parties' Joint Motion to Extend Scheduling Order Deadlines is GRANTED.

It is FURTHER ORDERED that the Amended Scheduling Order reflect the following deadlines:

    a) Plaintiff's designation of expert witnesses: January 30, 2023

    b) Defendant's designation of expert witnesses: February 28, 2023

    c) Discovery must be completed by: May 31, 2023

    d) Motion cut-off: June 30, 2023

    e) Joint Pretrial Order is due by: November 30, 2023

    f) Final Pretrial Conference is set for _____ p.m. on _____

    g) Trial is set for _____ a.m. on _____

SIGNED on _____, 2022.

_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE