United States District Court
Southern District of Texas
**ENTERED**
December 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:22-cv-01019 | |
| § | | |
| PRAIRIE VIEW A&M UNIVERSITY et al., § | JURY DEMAND | |
| *Defendants.* § | | |

### ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court is Parties' Joint Motion to Extend Scheduling Order Deadlines. After due consideration, the Court finds said motion meritorious.

It is hereby ORDERED that Parties' Joint Motion to Extend Scheduling Order Deadlines is GRANTED.

It is FURTHER ORDERED that the Amended Scheduling Order reflect the following deadlines:

a) Plaintiff's designation of expert witnesses: January 30, 2023

b) Defendant's designation of expert witnesses: February 28, 2023

c) Discovery must be completed by: May 31, 2023

d) Motion cut-off: June 30, 2023

e) Joint Pretrial Order is due by: November 30, 2023

f) Trial Term: December, 2023.

SIGNED on _____Dec 12_____, 2022.

_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE