IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al., *Defendants*. | § § § | JURY DEMAND |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Defendant, Texas A&M University Prairie View[1] ("PVAMU," "University"), and Plaintiff, John Doe ("Plaintiff") (collectively, "Parties") jointly move the Court to enter the Confidentiality and Protective Order attached hereto as Exhibit 1 to govern the privacy of Plaintiff Doe, the respondent in a PVAMU investigation into allegations of sexual misconduct, together with the privacy of third parties, including the (former) student complainant in that investigation and eight former or current students who either participated as witnesses in that investigation or may participate as witnesses in the instant law suit concerning, inter alia, that investigation.

Certain documents or video footage the Parties have produced or will produce contain or may contain material of a confidential nature including, but not limited to, personally identifiable information related to participants in PVAMU's investigation

---

[1] Defendants' Motion to Dismiss [dkt. 24] was granted as to PVAMU officials Alexis Boyd, Latoya Douglas, Daniel Hernandez, Keith T. Jemison, Anwar Phillips, and Steven Ransom, and the only remaining claim is against PVAMU.

into allegations of sexual misconduct brought by Jane Roe against John Doe, including the complainant, Roe; the respondent, Doe; and eight former or current student witness participants in the investigation or potential witness participants in this lawsuit.

The Parties believe that no less restrictive means than restricting the use and disclosure of these confidential documents or video footage will adequately and effectively protect the specific interests asserted.

In support of the Parties' motion for the Protective Order, the Parties respectfully request that the Court find that:

1. The absence of a Protective Order puts the privacy of Plaintiff Doe and third parties, including the complainant in a PVAMU investigation into allegations of sexual misconduct and eight former or current student witnesses in that investigation or potential witness participants in this lawsuit, at risk; and

2. To protect the respective privacy interests of Plaintiff Doe and of third parties, and to ensure compliance with federal law protecting the identities of complainants, respondents, and student witnesses in university investigations into allegations of sexual misconduct or lawsuits concerning, inter alia, such investigations, the attached Protective Order should be issued by the Court.

WHEREFORE, the Parties respectfully request the entry of the Protective Order attached hereto as Exhibit 1 and pray for such other and further relief as this

2

Court deems just and proper.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN COWLES
        Deputy Attorney General for Civil Litigation

        CHRISTOPHER D. HILTON
        Chief – General Litigation Division

        */s/     Benjamin S. Lyles*
        BENJAMIN STOREY LYLES
        Attorney-in-charge
        Texas Bar No. 24094808
        Southern District ID. 3062156
        ALLISON M. COLLINS
        Texas Bar No. 24127467
        Assistant Attorneys General
        Office of the Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, TX 78711-2548
        (512) 463-2798 PHONE
        (512) 320-0667 FAX
        Benjamin.Lyles@oag.texas.gov
        Allison.Collins@oag.texas.gov

        **ATTORNEYS FOR DEFENDANT**

ALLEN HARRIS PLLC

*/s/ Samantha K. Harris (signed w/ permission)*
Samantha K. Harris
PA Bar No. 90268
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

THE SOTO LAW OFFICE, LLC

*/s/ Ramon A. Soto (signed w/ permission)*
Ramón A. Soto
S.D. Tex. Bar No. 24118927
PO Box 3585
Albuquerque, NM 87190
(505) 273-4062
ramon@sotolawoffice.co

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 23rd day of January 2023, to all counsel of record.

*/s/   Benjamin S. Lyles*
BENJAMIN STOREY LYLES
Assistant Attorney General