IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>vs.<br><br>PRAIRIE VIEW A&M UNIVERSITY, ALEXIS BOYD, LATOYA DOUGLAS, DANIEL HERNANDEZ, KEITH T. JEMISON, ANWAR PHILLIPS, AND STEVEN RANSOM, individually and in their official capacities,<br><br>DEFENDANTS. | Case No. 22-cv-1019<br><br>Date: January 30, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I served Plaintiff's initial disclosures via email upon Defendants' counsel of record in this matter:

Respectfully Submitted,

THE SOTO LAW OFFICE

*/s/ Ramón A. Soto*

Ramón A. Soto
300 Central Ave., SW
Suite 2500W
Albuquerque, NM 87102
(505) 273-4062
ramon@sotolawoffice.co

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

I hereby certify that I served a true and correct copy of the foregoing via CM/ECF on this 30th day of January, 2023 upon all registered counsel of record.

*/s/ Ramón A. Soto*

Ramón A. Soto