UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE<br><br>PLAINTIFF<br><br>VS.<br><br>PRAIRIE VIEW A&M UNIVERSITY,<br><br>DEFENDANT. | Civil Case No. 4:22-cv-01019<br><br>Date: March 22, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I served Plaintiff's First Set of Interrogatories and Requests for Production of Documents via email upon Defendant's counsel of record in this matter.

Respectfully Submitted,

ALLEN HARRIS PLLC

*/s/ Samantha K. Harris*
Samantha K. Harris
PA Bar No. 90268
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

THE SOTO LAW OFFICE, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*/s/ Ramón A. Soto*
Ramón A. Soto
S.D. Tex. Bar No. 24118927
300 Central Ave. SW
Suite 2500W
Albuquerque, NM 87102
(505) 273-4062
ramon@sotolawoffice.co

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that I served a true and correct copy of the foregoing via CM/ECF on this 22nd day of March, 2023, upon all registered counsel of record.

*/s/ Ramón A. Soto*
Ramón A. Soto