IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br> *Plaintiff*, <br> <br> v. <br> <br> PRAIRIE VIEW A&M UNIVERSITY et al., <br> *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-cv-01019 <br> <br> JURY DEMAND |

___

### DEFENDANT'S UNOPPOSED MOTION
### TO WITHDRAW AND SUBSTITUTE LEAD COUNSEL
___

Defendant, Texas A&M University Prairie View ("Defendant,"), files this Unopposed Motion to Withdraw and Substitute Lead Counsel, and would show the Court the following:

1. The current counsel on behalf of Defendant is Benjamin Lyles and Allison Collins.

2. Mr. Lyles is leaving the Office of the Attorney General, effective April 26, 2023.

3. Defendant designates Ms. Collins as new lead counsel, attorney-in-charge, and respectfully requests that this Court withdraw Mr. Lyles as counsel.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief - General Litigation Division


/s/ Benjamin S. Lyles
BENJAMIN STOREY LYLES
Attorney-in-charge
Texas Bar No. 24094808
Southern District ID. 3062156
ALLISON M. COLLINS
Texas Bar No. 24127467
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2798 PHONE
(512) 320-0667 FAX
Benjamin.Lyles@oag.texas.gov
Allison.Collins@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF CONERENCE

I hereby certify that on April 21, 2023 I conferred with counsel for Plaintiff via email regarding this motion. Counsel for Plaintiff is unopposed to the relief sought.

/s/ Benjamin S. Lyles
BENJAMIN STOREY LYLES
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 24th day of April 2023, to all counsel of record.

*/s/ Benjamin S. Lyles*
BENJAMIN STOREY LYLES
Assistant Attorney General
