IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 4:22-cv-01019 |
| PRAIRIE VIEW A&M UNIVERSITY et al.,<br>    *Defendants*. | § <br> § <br> § | JURY DEMAND |

___

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE LEAD COUNSEL
___

Before the Court is Defendant's Unopposed Motion to Withdraw and Substitute Lead Counsel. Upon due consideration of the motion, the Court is of the opinion that said motion is meritorious.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw and Substitute Lead Counsel is GRANTED.

IT IS FURTHER ORDERED that Benjamin Lyles be withdrawn as counsel, and Allison Collins be substituted as lead counsel on behalf of Defendant.

SIGNED on this the _____ day of _____ 2023.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE