United States District Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*,<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY et al.,<br>    *Defendants*. | §§§§§§§§ | CIVIL ACTION NO. 4:22-cv-01019<br><br>JURY DEMAND |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE LEAD COUNSEL

Before the Court is Defendant's Unopposed Motion to Withdraw and Substitute Lead Counsel. Upon due consideration of the motion, the Court is of the opinion that said motion is meritorious.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw and Substitute Lead Counsel is GRANTED.

IT IS FURTHER ORDERED that Benjamin Lyles be withdrawn as counsel, and Allison Collins be substituted as lead counsel on behalf of Defendant.

SIGNED on this the 25 day of Apr 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE