United States District Court
Southern District of Texas

**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-01019 |
|---|---|---|---|

| JOHN DOE |
|---|

| *versus* |
|---|

| PRAIRIE VIEW A&M UNIVERSITY et al. |
|---|

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Robert L. Shibley<br>ALLEN HARRIS PLLC<br>920 U.S. Hwy. 64 West #1045<br>Apex, NC 27502<br>610-634-8258<br>Florida, #919861<br>M.D. Florida, 0919861 |
|---|---|

| Name of party applicant seeks to appear for: | JOHN DOE |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/4/2023 | Signed: R. S_ |
|---|---|

| The state bar reports that the applicant's status is: **Active** | |
|---|---|
| Dated: 05/09/2023 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 5/16/23

_____
United States District Judge