IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, §<br>    *Plaintiff*, §<br>    §<br>v. §<br>    §<br>PRAIRIE VIEW A&M UNIVERSITY, et al., §<br>    §<br>    *Defendants.* § | CIVIL ACTION NO. 4:22-cv-01019 |

## **DEFENDANT'S NOTICE OF APPERANCE OF COUNSEL**

Defendant Prairie View A&M University, files this Notice of Appearance of Counsel and herby notifies the Court that Drew L. Harris will appear as co-counsel in the above-captioned case along with counsel listed below. Drew L. Harris is a member in good stating with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is as follows:

    Drew L. Harris
    Assistant Attorney General
    Texas Bar No. 24057887
    Southern Dist. No. 1114798
    P.O. Box 12548 (MC-019)
    Austin, Texas 78711-2548
    Tel: (512) 463-2120 | FAX: (512) 320-0667
    drew.harris@oag.texas.gov

June 15, 2023

Respectfully Submitted,

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for
Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN KERCHER
Deputy Chief, General Litigation Division

/s/ Drew L. Harris
DREW L. HARRIS
Texas Bar No. 24057887
Southern Dist. No. 1114798

ALLISON M. COLLINS
Attorney-in-Charge
Texas Bar No. 24127467
Southern District No. 3736145
Office of the Attorney General
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
allison.collins@oag.texas.gov
drew.harris@oag.texas.gov
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I certify that that on June 15, 2023, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Drew L. Harris*
DREW L. HARRIS