IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*,<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY, et al.,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-cv-01019<br><br>JURY DEMAND |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this day the Court considered Defendant Prairie View A&M University's Motion for Summary Judgment.

After consideration of the Motion, the law, and the evidence submitted, the Court finds that the Motion is meritorious and should be granted.

It is therefore **ORDERED** that the **Defendant's Motion for Summary Judgment** is **GRANTED**. It is further **ORDERED** that all of Plaintiff's claims brought against Defendant in this case are **DISMISSED** with prejudice to refiling same.

Signed this _____ day of July, 2023.

_____
DAVID HITTNER
United States District Judge