IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>V.<br><br>PRAIRIE VIEW A&M UNIVERSITY,<br><br>DEFENDANT. | Civ. No. 4:22-cv-01019 |

# ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant's Motion for Summary Judgment, and the arguments and papers presented in support and in opposition thereto, the Court hereby orders that the Motion is DENIED.

Entered this ____ day of _____, 2023.

_____

Honorable David Hittner
United States District Judge