Case 4:22-cv-01019   Document 48   Filed on 08/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY,<br><br>DEFENDANT. | Civ. No. 4:22-cv-01019 |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE APPENDIX UNDER SEAL

Upon consideration of Unopposed Motion for Leave to File the Appendix to his Response to Defendant's Motion for Summary Judgment Under Seal, and the arguments presented in support and in opposition thereto, the Court hereby orders that the Motion is GRANTED.

Entered this 14 day of August, 2023.

Honorable David Hittner
United States District Judge

1