United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-22-1019 |
| | § | |
| PRAIRIE VIEW A&M | § | |
| UNIVERSITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending is Defendant's Motion for Summary Judgment (Document No. 42). Having considered the motion, submissions, and appliable law, the Court determines the motion should denied, the Court hereby

**ORDERED** that Defendant's Motion for Summary Judgment (Document No. 42) is **DENIED.**

SIGNED at Houston, Texas, on this **24** day of August, 2023.

DAVID HITTNER
United States District Judge