IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> PLAINTIFF <br><br> v. <br><br> PRAIRIE VIEW A&M UNIVERSITY, <br><br> DEFENDANT. | Civ. No. 4:22-cv-01019 |

# **TRIAL EXHIBIT LIST OF PLAINTIFF**

| No. | Description | Offer | Object | Date Admit | Date N/Adm. |
|---|---|---|---|---|---|
| 1 | Official transcript of academic record | | | | |
| 2 | Final Investigative Report | | | | |
| 3 | 2-4-2021 Officer Davis police report | | | | |
| 4 | Police supplemental case report | | | | |
| 5 | Notices of allegation (May 4 and June 2, 2021) | | | | |
| 6 | Jane Roe interview summaries from Final Investigative Report exhibits | | | | |
| 7 | John Doe interview summaries from Final Investigative Report exhibits | | | | |
| 8 | March 23, 2021 incident report closing Title IX case | | | | |
| 9 | PVAMU Student Code of Conduct | | | | |
| 10 | MD interview summaries from Final Investigative Report | | | | |
| 11 | 34 C.F.R. Part 106.45 (federal Title IX regulations) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Texas A&M and PVAMU Civil Rights Compliance Manual | | | | |
| 13 | PVAMU Title IX Sanctioning Matrix | | | | |
| 14 | February 4, 2021 Title IX outreach letter to Jane Roe | | | | |
| 15 | February 22, 2021 Title IX outreach letter to Jane Roe | | | | |
| 16 | March 1, 2021 Title IX outreach letter to Jane Roe | | | | |
| 17 | Jane Roe/John Doe Procedural Chronology | | | | |
| 18 | May 25, 2021 Letter from Patrick Sacoccio regarding specificity of charges | | | | |
| 19 | Video of May 14, 2021 LaToya Douglas interview with MD | | | | |
| 20 | KH interview summary from Final Investigative Report | | | | |
| 21 | SR interview summary from Final Investigative Report | | | | |
| 22 | CD interview summary from Final Investigative Report | | | | |
| 23 | Draft Investigative Report | | | | |
| 24 | John Doe response to Draft Investigative Report | | | | |
| 25 | Hearing Decision Letter | | | | |
| 26 | March 15, 2022 Appeal Decision Letter | | | | |
| 27 | Hearing Audio | | | | |
| 28 | NH interview summaries from Final Investigative Report | | | | |
| 29 | March 25 and 29, 2021, letters concerning student conduct charges | | | | |
| 30 | March 23, 2021 student conduct letter – Denise Simmons to John Doe | | | | |
| 31 | March 24, 2021 student conduct letter – Denise Simmons to John Doe | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 32 | March 24, 2021 Student Conduct Case Resolution Form | | | | |
| 33 | March 29, 2021 student conduct appeal letter – Steven Ransom to John Doe | | | | |
| 34 | April 9, 2021 notice of student conduct hearing – Donnie Howard to John Doe | | | | |
| 35 | April 21, 2021 Student Conduct Case Resolution Form | | | | |
| 36 | May 4, 2021, Letter from Alexis Boyd to Jane Roe | | | | |
| 37 | LaToya Douglas notes on interview with KH | | | | |
| 38 | Civil Rights Investigator Training | | | | |
| 39 | June 17-24, 2021 emails between Alexis Boyd and LaToya Douglas | | | | |
| 40 | May 20-26, 2021 emails between Alexis Boyd and LaToya Douglas | | | | |
| 41 | May 20-24, 2021 emails between Alexis Boyd and LaToya Douglas | | | | |
| 42 | Report closing John Doe conduct case | | | | |
| 43 | August 25, 2021-September 2, 2021 emails between UPD and Title IX office | | | | |
| 44 | Texas Southern University academic transcript – John Doe | | | | |
| 45 | John Doe payments to Texas Southern University | | | | |
| 46 | March 25-29, 2021 emails between Alan Doe and Steven Ransom re: conduct appeal | | | | |
| 47 | University Trails lease 2021-22 | | | | |
| 48 | Coral Gables lease 2022-23 | | | | |
| 49 | John Doe appeal of Title IX decision | | | | |
| 50 | John Doe damages worksheet | | | | |

Dated: December 31, 2023

ALLEN HARRIS PLLC

*/s/ Samantha K. Harris*
Samantha K. Harris
Michael Thad Allen
*Attorneys in Charge*
*Admitted pro hac vice*
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

THE SOTO LAW OFFICE, LLC

*/s/ Ramón A. Soto*
Ramón A. Soto
S.D. Tex. Bar No. 24118927
300 Central Ave. SW
Suite 2500W
Albuquerque, NM 87102
(505) 273-4062
ramon@sotolawoffice.co

**ATTORNEYS FOR PLAINTIFF**