COURTROOM MINUTES

JUDGE DAVID HITTNER PRESIDING

COURTROOM CLERK: Joseph Wells
COURT REPORTER: Walker-Bailey
LAW CLERK: Kevin Mrsny

MORNING SESSION:   AFTERNOON SESSION: 2:08-3:51   DATE:01/18/2024

DOCKET ENTRY

4:22-cv-01019
Doe v. Prairie View A & M University

PROCEEDING: Pretrial Conference

Appearances:
For Plaintiff: Samantha Harris,

For Defendants: Drew Harris, Cole Wilson

Defendants Motions in Limine 1- GBA  2- GBA

Plaintiff's Motions in Limine 1- GBA  2- Granted  3- Granted Conditionally.

Exhibits will be unredacted. First names to be used in trial.

Estimated trial time: 4 days. Unanimous verdict required.

29 jurors for panel. Voir dire 30 minutes per side. Opening statements 15 minutes per side. Jury trial set for February 5, 2024 at 10:30 am.

===================================================================

Witnesses: