IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| JOHN DOE, | § | |
| --- | --- | --- |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01019 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
| *Defendant.* | § | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

| No. | Description | Objection | Admitted? |
| --- | --- | --- | --- |
| 1 | Official transcript of academic record | | |
| 2 | Final Investigative Report | | |
| 3 | 2-4-2021 Officer Davis police report | | |
| 4 | Police supplemental case report | | |
| 5 | Notices of allegation (May 4 and June 2, 2021) | | |
| 6 | Jane Roe interview summaries from Final Investigative Report exhibits | | |
| 7 | John Doe interview summaries from Final Investigative Report exhibits | | |
| 8 | March 23, 2021 incident report closing Title IX case | | |
| 9 | PVAMU Student Code of Conduct | | |
| 10 | MD interview summaries from Final Investigative Report | | |
| 11 | 34 C.F.R. Part 106.45 (federal Title IX regulations) | FRE 402, 403 (not relevant, more prejudicial | |

1

| No. | Description | Objection | Admitted? |
|---|---|---|---|
| | | than probative); FRE 802 hearsay; FRE 901 unauthenticated | |
| 12 | Texas A&M and PVAMU Civil Rights Compliance Manual | | |
| 13 | PVAMU Title IX Sanctioning Matrix | | |
| 14 | February 4, 2021 Title IX outreach letter to Jane Roe | | |
| 15 | February 22, 2021 Title IX outreach letter to Jane Roe | | |
| 16 | March 1, 2021 Title IX outreach letter to Jane Roe | | |
| 17 | Jane Roe/John Doe Procedural Chronology | | |
| 18 | May 25, 2021 Letter from Patrick Sacoccio regarding specificity of charges | FRE 701 (improper lay opinion); FRE 702 (improper expert opinion); FRE 402 (relevance); FRE 403 (confusing the jury) | |
| 19 | Video of May 14, 2021 LaToya Douglas interview with MD | FRE 402, 403 (relevance, cumulative, confusing the jury); FRE 802 hearsay | |
| 20 | KH interview summary from Final Investigative Report | | |
| 21 | SR interview summary from Final Investigative Report | | |

2

| No. | Description | Objection | Admitted? |
|---|---|---|---|
| 22 | CD interview summary from Final Investigative Report | | |
| 23 | Draft Investigative Report | | |
| 24 | John Doe response to Draft Investigative Report | | |
| 25 | Hearing Decision Letter | | |
| 26 | March 15, 2022 Appeal Decision Letter | | |
| 27 | Hearing Audio | | |
| 28 | NH interview summaries from Final Investigative Report | | |
| 29 | March 25 and 29, 2021, letters concerning student conduct charges | | |
| 30 | March 23, 2021 student conduct letter – Denise Simmons to John Doe | | |
| 31 | March 24, 2021 student conduct letter – Denise Simmons to John Doe | | |
| 32 | March 24, 2021 Student Conduct Case Resolution Form | | |
| 33 | March 29, 2021 student conduct appeal letter – Steven Ransom to John Doe | | |
| 34 | April 9, 2021 notice of student conduct hearing – Donnie Howard to John Doe | | |
| 35 | April 21, 2021 Student Conduct Case Resolution Form | | |
| 36 | May 4, 2021, Letter from Alexis Boyd to Jane Roe | | |
| 37 | LaToya Douglas notes on interview with KH | | |
| 38 | Civil Rights Investigator Training | | |
| 39 | June 17-24, 2021 emails between Alexis Boyd and LaToya Douglas | | |
| 40 | May 20-26, 2021 emails between Alexis Boyd and LaToya Douglas | | |

3

| No. | Description | Objection | Admitted? |
|---|---|---|---|
| 41 | May 20-24, 2021 emails between Alexis Boyd and LaToya Douglas | | |
| 42 | Report closing John Doe conduct case | | |
| 43 | August 25, 2021-September 2, 2021 emails between UPD and Title IX office | | |
| 44 | Texas Southern University academic transcript – John Doe | | |
| 45 | John Doe payments to Texas Southern University | | |
| 46 | March 25-29, 2021 emails between Alan Doe and Steven Ransom re: conduct appeal | | |
| 47 | University Trails lease 2021-22 | FRE 402, 403 (relevance, confusing the jury); FRE 802 hearsay | |
| 48 | Coral Gables lease 2022-23 | FRE 402, 403 (relevance, confusing the jury); FRE 802 hearsay | |
| 49 | John Doe appeal of Title IX decision | | |
| 50 | John Doe damages worksheet | FRE 402, 403 (relevance, confusing the jury); FRE 802 hearsay; FRE 901 lack of authentication; speculation; *Cummings* objection | |

4

| No. | Description | Objection | Admitted? |
|---|---|---|---|
| 51 | Nathaniel Hall recorded statement | | |
| 52 | Nathaniel Hall investigative interview | | |

Dated: January 29, 2024          Respectfully submitted,

/s/ Drew L. Harris
DREW L. HARRIS
Attorney-in-Charge
Texas Bar No. 24057887
Southern District No. 1114798
COLE P. WILSON
Texas Bar No. 24122856
Southern District No. 3864133
Office of the Attorney General
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
Drew.Harris@oag.texas.gov
Cole.Wilson@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that that on January 29, 2024, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/ Drew L. Harris
DREW L. HARRIS