IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| John Doe, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-01019 |
| | § | |
| Prairie View A&M University, | § | |
| *Defendant.* | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

| No. | Description | Offered | Objected | Admitted |
|---|---|---|---|---|
| 1 | 12/9/2021 Title IX Final Report (PVAMU_000124-153) | | | |
| 2 | 12/9/2021 Exhibits to Title IX Final Report (PVAMU_002604-843) | | | |
| 3 | 01/19/2022 Title IX Decision Letter (PVAMU_002864-873) | | | |
| 4 | 01/29/2022 Plaintiff's Title IX Appeal (PVAMU_002874-882) | | | |
| 5 | 03/15/2022 Title IX Appeal Decision (PVAMU_003135-137) | | | |
| 6 | Title IX Investigation Plan (PVAMU_000918) | | | |
| 7 | Procedural Chronology (PVAMU_000688-690) | | | |
| 8 | 01/03/2022 Complainant and Respondent Acknowledgements (PVAMU_000238-243) | | | |

| No. | Description | Offered | Objected | Admitted |
|---|---|---|---|---|
| 9 | 05/04/2021 Letter Confirming Formal Complaint (PVAMU_000506-507) | | | |
| 10 | 8/25/2021 Emails re Police Statements (PVAMU_001415-416) | | | |
| 11 | 8/26/2021 Emails re Police Statements (PVAMU_000189-191) | | | |
| 12 | 12/17/21 Title IX Hearing Script (PVAMU_001471-477) | | | |
| 13 | Title IX Investigator Training (PVAMU_001489-520) | | | |
| 14 | Title IX Sanctioning Matrix (PVAMU_000345-348) | | | |
| 15 | Title IX Hearing Recording (PVAMU_002561) | | | |
| 16 | Plaintiff Interview Recording (PVAMU_001521) | | | |
| 17 | RR Interview Recording (PVAMU_000651) | | | |
| 18 | Plaintiff Interview Recording (PVAMU_000652) | | | |
| 19 | NH Interview Recording (PVAMU_000653) | | | |
| 20 | 02/04/2021 Student Conduct Incident Report (PVAMU_000647-650) | | | |
| 21 | 03/25/2021 Student Conduct Informal Finding (PVAMU_000619-621) | | | |
| 22 | 03/29/2021 Student Conduct Appeal Decision (PVAMU_000622-623) | | | |
| 23 | 04/21/2021 Student Conduct Outcome (PVAMU_000682) | | | |
| 24 | 09/22/2021 Student Conduct Incident Report (PVAMU_000155) | | FRE 402; FRE 403; FRE 404; Dkt. | |

| No. | Description | Offered | Objected | Admitted |
|---|---|---|---|---|
| | | | No. 60 (Court's ruling on Plaintiff's Motion in Limine) | |
| 25 | 09/23/2021 Eviction Notification (PVAMU_003158) | | FRE 402; FRE 403; FRE 404; Dkt. No. 60 (Court's ruling on Plaintiff's Motion in Limine) | |
| 26 | 05/04/2021 Emails re Investigation Plan (PVAMU_001480-481) | | | |
| 27 | 04/20/2022 TSU Acceptance Letter (DOE000375) | | | |
| 28 | 05/25/2021 Saccocio Letter (DOE000400-403) | | | |
| 29 | 03/28/2021 Ransom Emails (DOE000425-429) | | | |
| 30 | 05/05/2021 Ransom Emails (T01_PV-00000207-209) | | | |
| 31 | 06/24/2021 Douglas Emails (PVAMU_001478-479) | | | |

Dated: January 29, 2024

3

Respectfully submitted,

ALLEN HARRIS PLLC

*/s/ Samantha K. Harris*
Samantha K. Harris
*Attorney in Charge*
Michael Thad Allen
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com
mallen@allenharrislaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 29th day of January, 2024, to all counsel of record.

*/s/ Samantha K. Harris*
Samantha K. Harris