COURTROOM MINUTES

JUDGE DAVID HITTNER PRESIDING

COURTROOM CLERK: Joseph Wells
COURT REPORTER : D Smith
LAW CLERK: Kevin Mrsny

| MORNING | AFTERNOON | |
|---|---|---|
| SESSION: 10:39 - 12:42 | SESSION: 1:40 - 3:05 | DATE:02/05/2024 |

DOCKET ENTRY

4:22-cv-01019
Doe v. Prairie View A & M University et al

PROCEEDING: Jury Selection / Jury Trial Day 1

Appearances:
For Plaintiff: Samantha Harris, Michael Allen

For Defendants: Drew Harris, Cole Wilson, Allison Collins


Voir Dire begins. Jury impaneled. Objections to exhibits heard.

All exhibits conditionally admitted except those ruled upon. Opening statements given.

Plaintiff presents evidence. Testimony taken.

Exhibits entered: Plaintiff's 12, 2, 19, 10, 27, 38, 24

================================================================================

Witnesses: LaToya Douglas