<u>COURTROOM MINUTES</u>

JUDGE DAVID HITTNER PRESIDING

COURTROOM CLERK: Joseph Wells
COURT REPORTER : D Smith
LAW CLERK: Kevin Mrsny

| MORNING<br>SESSION: 10:05 - 11:55 | AFTERNOON<br>SESSION: 1:12 - 4:55 | DATE:02/06/2024 |
|---|---|---|

<u>DOCKET ENTRY</u>

4:22-cv-01019<br>Doe v. Prairie View A & M University et al

PROCEEDING: Jury Trial Day 2

Appearances:
For Plaintiff: Samantha Harris, Michael Allen

For Defendants: Drew Harris, Cole Wilson


 Testimony taken. Evidence presented.

Exhibits Entered: Defendant's 2, 26, 1, 15, 13, 10, 14

Plaintiff's 14, 16, 36, 13, 43, 4

====================================================================

 Witnesses: LaToya Douglas, Alexis Boyd, Anwar Phillips