United States District Court
Southern District of Texas
**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-22-1019 |
| Prairie View A & M University | § § § | |
| Defendant. | § § | |

### ORDER

As the jury was instructed to begin jury deliberations on Monday, February 12, 2024, it is hereby

**ORDERED** that the Clerk of the Court will provide the jury with their lunch time meal on Monday, February 12, 2024.

SIGNED at Houston, Texas, on this 12 day of February, 2024.

_____
DAVID HITTNER
United States District Judge