UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § § § | |
| v. | § § | Civil Action No. H-22-1019 |
| Prairie View A & M University et al | § | |

JURY NOTE # 1

How to proceed?

① Some of us feel there is not sex discrimination.
② Some of us feel there is clear discrimination toward Joseph.

Please continue your deliberations.

David Hittner  2/12/24

FOREPERSON