United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-22-1019 |
| | § | |
| Prairie View A&M University | § | |
| | § | |
| Defendant. | § | |

## ORDER

As the jury was instructed to begin jury deliberations on Monday, February 12, 2024, it is hereby

**ORDERED** that the Clerk of the Court will provide the jury with their lunch time meal on Tuesday, February 13, 2024.

SIGNED at Houston, Texas, on this __13__ day of February, 2024.

DAVID HITTNER
United States District Judge