| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

John Doe

v.

Prairie View A & M University

CASE NUMBER  4:22-cv-1019

USB Drive with Defendant's Audio/Video Exhibits

**DOCUMENT IS:**

☑ LOOSE IN FILE

☐ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____