United States District Court
Southern District of Texas
**ENTERED**
February 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No. H-22-1019 |
| v. | § | |
| | § | |
| Prairie View A & M University, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant, the Court hereby ORDERS that final judgment be entered in favor of the Defendant. This is a take nothing judgment. This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this **23** day of February, 2024.

DAVID HITTNER
United States District Judge