IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    PLAINTIFF<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY, et al.,<br><br>    DEFENDANTS. | Civ. No. 4:22-cv-01019 |

### NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff/Appellant John Doe appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the U.S. District Court for the Southern District of Texas, the Honorable David Hittner, entered on February 23, 2024.

    Respectfully submitted,

    /s/ Samantha K. Harris
    Samantha K. Harris
    ALLEN HARRIS PLLC
    PO Box 673
    Narberth, PA 19072
    (860) 345-5310
    sharris@allenharrislaw.com
    PA Bar No. 90268
    *Attorney in Charge*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing via CM/ECF on this 27th day of March, 2024, upon all registered counsel of record.

/s/ Samantha K. Harris

Samantha K. Harris