United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-22-1019 |
| PRAIRIE VIEW A&M UNIVERSITY, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Plaintiff's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (Document No. 87). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that P Plaintiff's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (Document No. 87) is **DENIED**.

SIGNED at Houston, Texas, on this ___9___ day of April, 2024.

DAVID HITTNER
United States District Judge