# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*July 08, 2024*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
July 8, 2024
Lyle W. Cayce
Clerk

No. 24-20128

JOHN DOE,

*Plaintiff—Appellant,*

versus

PRAIRIE VIEW A AND M UNIVERSITY; ALEXIS BOYD; LATOYA DOUGLAS; DANIEL HERNANDEZ; KEITH T. JEMISON; ANWAR PHILLIPS; STEVEN RANSOM,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-1019

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 8, 2024, for want of prosecution. The appellant failed to timely file record excerpts.

No. 24-20128

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                *Christina Rachal*

By: _____
                Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 08, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20128    Doe v. Prairie View
                          USDC No. 4:22-CV-1019

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  *Christina Rachal*
                                  By: _____
                                  Christina C. Rachal, Deputy Clerk
                                  504-310-7651

cc:
      Mr. Drew L. Harris
      Ms. Samantha Harris
      Mr. Nicholas Thomas Hart
      Mr. Cole P. Wilson