## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

United States Courts
Southern District of Texas
FILED
July 16, 2024
Nathan Ochsner, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20128   Doe v. Prairie View
                 USDC No. 4:22-CV-1019

The court has granted appellant's motion to reinstate the appeal. Appellant's record excerpts will be filed and briefing will resume to set deadline for appellees' brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Drew L. Harris
Ms. Samantha Harris
Mr. Nicholas Thomas Hart
Mr. Nathan Ochsner
Mr. Cole P. Wilson