United States Courts
Southern District of Texas
FILED

*August 07, 2024*

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

Nathan Ochsner, Clerk of Court

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-20128    Doe v. Prairie View
USDC No. 4:22-CV-1019

The court has granted the unopposed motion to supplement or correct
the record in this case with the trial transcripts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Drew L. Harris
Ms. Samantha Harris
Mr. Nicholas Thomas Hart
Mr. Nathan Ochsner
Mr. Cole P. Wilson