## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

United States Courts
Southern District of Texas
FILED
September 18, 2024

Nathan Ochsner, Clerk of Court

September 18, 2024

Mr. Drew L. Harris
Office of the Attorney General
P. O. Box 12548 (MC-019)
Capitol Station
Suite Mc019
Austin, TX 78711-2548

  No. 24-20128   Doe v. Prairie View
         USDC No. 4:22-CV-1019

Dear Mr. Harris,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on Sept. 5, 2024. Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by Oct. 7, 2024, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

                              Sincerely,
                              LYLE W. CAYCE, Clerk

                              By: /s/Lyle W. Cayce
                              Lyle W. Cayce

cc:
    Ms. Samantha Harris
    Mr. Nicholas Thomas Hart
    Mr. Nathan Ochsner
    Mr. David Smith
    Mr. Cole P. Wilson