United States Courts
Southern District of Texas
FILED

December 26, 2024

Nathan Ochsner, Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-20128    Doe v. Prairie View
                USDC No. 4:22-CV-1019

The court has granted the unopposed motion to supplement or correct the record in this case with the trial transcripts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Drew L. Harris
Ms. Samantha Harris
Mr. Nicholas Thomas Hart
Mr. Nathan Ochsner
Mr. Cole P. Wilson

No. 24-20128

# In the United States Court of Appeals for the Fifth Circuit

JOHN DOE,
*Plaintiff-Appellant,*

v.

PRAIRIE VIEW A AND M UNIVERSITY; ALEXIS BOYD; LATOYA DOUGLAS; DANIEL HERNANDEZ; KEITH T. JEMISON; ANWAR PHILLIPS; STEVEN RANSOM,
*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Texas, Houston Division
Case No. 4:22-cv-01019

**APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION AND TO SUPPLEMENT APPELLATE RECORD**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for
Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

DREW L. HARRIS
Special Counsel for Employment Law
COLE P. WILSON
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 463-2120

*Counsel for Defendants-Appellees*

Appellant's notice of appeal sought to appeal the final judgment in this case entered on February 23, 2024. ROA.557. However, Appellant omitted the transcript of the jury trial that preceded the final judgment from the appellate record. Because that transcript is important to defending the final judgment and necessary for Appellees' arguments, Appellees respectfully request that the appellate record be supplemented with the trial transcript, which Appellee's have already requested.

Appellees further request an additional 10-day extension for their brief (to August 26, 2024) to permit time for supplementation of the record.

This is Appellees' second request for an extension. Appellees previously requested a level-one extension of their deadline to file a response brief from July 17 through August 16, ECF 25, which the Court granted.

Shortly thereafter, on July 8, the Court's dismissed the appeal for Appellant's failure to timely file record excerpts. ECF 27-2. Appellant filed a motion to reinstate his appeal, which Appellees did not oppose. ECF 29-1. The Court reopened this case on July 16, ECF 33, and resumed briefing on the parties' pre-existing deadlines.

Appellant is not opposed to the requested 10-day extension request, or to supplementing the appellate record with the trial transcript.

- 1 -

For the foregoing reasons, Appellees respectfully request that this Court extend their deadline to respond to Appellant's merits brief by 10 days, through August 26, 2024. Appellees also request that the Court supplement the record with the trial transcript, for which Appellees have submitted a transcript request.

Dated: August 6, 2024

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/Drew L. Harris*
**DREW L. HARRIS**
Assistant Attorney General
Texas Bar No. 24057887
Office of the Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX (512) 320-0667
drew.harris@oag.texas.gov

*Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I certify the service of this document by ECF on August 6, 2024, upon:

SAMANTHA K. HARRIS
ALLEN HARRIS PLLC
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

*Attorney for Plaintiff-Appellant John Doe*

/s/Drew L. Harris
**DREW L. HARRIS**

## CERTIFICATE OF SERVICE

I certify that the parties conferred by email about the relief requested in this motion, which Appellant's counsel did not oppose.

/s/Drew L. Harris
**DREW L. HARRIS**